FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0554

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO. DA 24-0554**

THE ESTATE OF RICHARD MABEE,

        Appellant,

WHEATLAND COUNTY, WHEATLAND
COUNTY SHERIFF'S OFFICE,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)

**ORDER GRANTING EXTENSION**
**OF TIME TO FILE APPELLANT'S**
**OPENING BRIEF**

UPON REVIEW of the Appellant's *Motion for Extension of Time to File Opening Brief (First Request)* and with good cause being shown first;

IT IS HEREBY ORDERED that Appellant is granted an extension until December 20, 2024, to prepare, file, and serve Appellant's opening brief.

CC:
- Appellant, c/o Patrick F. Flaherty
- Appellee, c/o Maureen Lennon/Mitch Young

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 16 2024